IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORA LYNN CIESZYNSKI,

        Plaintiff,

v.

                                                          Case No. 21-cv-10-slc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security against plaintiff Lora Lynn Cieszynski affirming the Commissioner's decision and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | 4/14/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |